NUMBER
13-06-320-CV

 

                         COURT
OF APPEALS

 

               THIRTEENTH
DISTRICT OF TEXAS

 

                  CORPUS
CHRISTI - EDINBURG 

________________________________________________________

 

PANELLA CORPORATION D/B/A 

PRO-TEAM BUILDING MAINTENANCE, INC.,                 Appellant,

 

                                           v.

 

JODY DULANEY,                                                      Appellee.

________________________________________________________

 

                   On
appeal from the 98th District Court

                            of
Travis County, Texas.

________________________________________________________

 

                     MEMORANDUM
OPINION

 

                Before
Justices Rodriguez, Castillo and Garza

Memorandum
Opinion Per Curiam

 








Appellant, PANELLA CORPORATION D/B/A PRO-TEAM BUILDING
MAINTENANCE, INC., perfected an appeal from a judgment entered by the 98th District Court of Travis County, Texas, in
cause number GN5-01967. 
After the clerk=s record was filed,
the parties filed a joint motion to dismiss the appeal.  In the motion, the parties state that this
case has been resolved.  The parties
request that this Court dismiss the appeal.

The Court, having considered the documents on file and the joint
motion to dismiss the appeal, is of the opinion that the motion should be
granted.  The joint motion to dismiss is
granted, and the appeal is hereby DISMISSED.

PER CURIAM

Memorandum Opinion
delivered and 

filed this the 6th day of July, 2006.